DONNA TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: patricia.cutler@usdoj.gov

Attorneys for Acting United States Trustee
 AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. 10-12777 AJ7 |
| **SCOTT AND THERESA THOMPSON** | Chapter 7 |
| | Date: November 5, 2010 |
| | Time: 9:00 a.m. |
| | Place: 99 South E Street |
| Debtors. | Santa Rosa, California |

## UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)(1),(b)(2) and (b)(3)

August B. Landis, the Acting United States Trustee for Region 17 ("UST"), hereby moves this Court for an order dismissing this case under 11 U.S.C. § 707(b)(1) and 11 U.S.C. § 707(b)(3) because under the totality of the circumstances of Debtors' financial situation. Debtors have the present and future ability to repay creditors.

Debtors have disposable income of over $5000 per month after appropriate adjustments by the UST to income and deductions on schedules I and J. Debtors can pay their unsecured claims of $185,941 in full over the course of 60 months..

This motion is based upon the Memorandum of Points and Authorities, the Declaration of Patricia Cutler, filed herewith, together with the entire record in this case and such evidence and argument as may be introduced with respect to the Motion. Additionally, the UST requests the Court take judicial notice under F.R.E. 201 of its own records in the case in support of the facts set forth hereafter.

## I. FACTS

Debtors filed a voluntary chapter 7 petition on July 23, 2010. The first 341 meeting was held on July 19, 2010. The last day to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) is October 18, 2010. This motion is timely.

Debtors are a couple with two daughters. He works for Chef's Best earning at least $14,381 per month as stated on schedule I. He lists his net pay after deductions at $10,032 per month. Mrs. Thompson is receiving $3100 per month in disability for the foreseeable future. Debtors failed to list this income on schedule I, understating their income which actually totals a net of $13,132 per month - their annual income is $157,584. Debtors have listed expenses of $13,844, however, the UST submits that certain expenses are not reasonably necessary for the maintenance of Debtors and their family. Specifically, Debtors are paying $5742 for a mortgage and expenses on a vacation home which only yields $1209 per month in rental income. This is a net drain of $4533 per month. The elimination of this expense would provide net disposable income of over $5000 per month - totaling over $300,000 during 60 months. The elimination of this vacation home would allow Debtors to pay their unsecured creditors 100% - twice over.

The UST submits that based on the totality of the circumstances, Debtors have the present and future income to pay their debts and the case should be dismissed under §707(b)(3).

## II. PRAYER FOR RELIEF

WHEREFORE, the United States Trustee respectfully requests

(I) entry of an order dismissing this case under Section 707(b)(1) as an abuse of chapter 7 on grounds that the totality of the circumstances of Debtor's financial situation demonstrates abuse under Section 707(b)(3)(B); and

(II) any other and further relief as the Court deems appropriate.

//

//

1 | Dated: October 13, 2010    Respectfully submitted,
2 |                            August B. Landis
3 |                            Acting United States Trustee
  |                       By: _Patricia A. Cutler #50352_
4 |                            Patricia C. Cutler
  |                            Attorney for the U.S. Trustee

UST MOTION TO DISMISS CASE FOR ABUSE UNDER 11 U.S.C. §§ 707(b)    - 3 -

Case: 10-12777    Doc# 28    Filed: 10/13/10    Entered: 10/13/10 11:33:48    Page 3 of 3